EDWARD E. WEIMAN (State Bar No. 193290)
  eweiman@wrslawyers.com
MAX N. WELLMAN (State Bar No. 291814)
  mwellman@wrslawyers.com
WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP
11400 West Olympic Boulevard, 9th Floor
Los Angeles, California 90064-1582
Telephone:   (310) 478-4100
Facsimile:   (310) 479-1422

Attorneys for Defendants JAKE PAUL
and TEAM 10, INC.

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA, WESTERN DIVISION

| | |
|---|---|
| ERIK BELZ, an individual; JONATHAN PAFKAR, an individual; and SHANE ELI ABRAHAMS, an individual, <br><br> Plaintiffs, <br><br> vs. <br><br> JAKE PAUL, an individual; TEAM 10, INC., a Delaware corporation, <br><br> Defendants. | Case No. 2:19-cv-10730 RGK (ASx) <br><br> **DEFENDANTS' NOTICE OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 7.1-1** <br><br> Honorable R. Gary Klausner <br><br> Action Filed:   December 19, 2020 <br> Trial Date:       None |

Pursuant to Central District of California Local Rule 7.1-1, the undersigned counsel of record for Defendants JAKE PAUL and TEAM 10, INC. certifies that the following listed parties may have a pecuniary interest in the outcome of this case. These representations are made to enable the Court to evaluate possible disqualification or recusal.

The interested parties are as follows:

1.    Jake Paul

2.    Team 10, Inc.

DATED: July 24, 2020          WOLF, RIFKIN, SHAPIRO, SCHULMAN & RABKIN, LLP


By:       /s/ Edward E. Weiman
          EDWARD E. WEIMAN
Attorneys for Defendants JAKE PAUL and TEAM 10, INC.

-2-
DEFENDANTS' NOTICE OF INTERESTED PARTIES PURSUANT TO CIVIL LOCAL RULE 7.1-1